FILED
CLERK, U.S. DISTRICT COURT
5/19/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TIGRAN HABESHYAN,<br>　　aka "Tony Habeshyan,"<br>　　aka "Tigran Abeshyan,"<br><br>　　　　　Defendant. | CR 2:23-cr-00245-JFW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 922(g)(1), (g)(8): Prohibited Person in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. §§ 922(g)(1), (8)]

On or about April 18, 2023, in Los Angeles County, within the Central District of California, defendant TIGRAN HABESHYAN, also known as ("aka") "Tony Habeshyan," aka "Tigran Abeshyan," knowingly possessed the following firearm and ammunition, each in and affecting interstate and foreign commerce:

1. A silver Sig Sauer P238 .380 caliber semi-automatic pistol, bearing serial number 27C010920; and

2. Approximately seven rounds of Ammo Incorporated .380 caliber ammunition.

Defendant HABESHYAN possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Possession for Sale of Cocaine Base, in violation of California Health & Safety Code Section 11351.5, in the Superior Court for the State of California, County of Los Angeles, Case Number A965589, on or about June 17, 1988;

2. Possession of a Controlled Substance, in violation of California Health & Safety Code Section 11350(a), in the Superior Court for the State of California, County of Los Angeles, Case Number A965653, on or about June 17, 1988;

3. Possession of a Controlled Substance, in violation of California Health & Safety Code Section 11350(a), in the Superior Court for the State of California, County of Los Angeles, Case Number A966463, on or about June 17, 1988;

4. Possession of a Controlled Substance, in violation of California Health & Safety Code Section 11350(a), in the Superior Court for the State of California, County of Los Angeles, Case Number GA059983, on or about February 17, 2005;

5. Use of Access Account Information without Consent, in violation of California Penal Code Section 434e(d), in the Superior Court for the State of California, County of Los Angeles, Case Number GA074594, on or about March 2, 2009;

6. Use of Access Account Information without Consent, in violation of California Penal Code Section 434e(d), in the Superior Court for the State of California, County of Los Angeles, Case Number GA074594, on or about March 2, 2009;

  7. Use of Access Account Information without Consent, in violation of California Penal Code Section 434e(d), in the Superior Court for the State of California, County of Los Angeles, Case Number GA074594, on or about March 2, 2009;

  8. Reckless Driving and Evading a Peace Officer, in violation of California Vehicle Code Section 2800.2, in the Superior Court for the State of California, County of Los Angeles, Case Number GA075411, on or about March 2, 2009;

  9. Criminal Threats, in violation of California Penal Code Section 422(a), in the Superior Court for the State of California, County of Los Angeles, Case Number GA094306, on or about January 5, 2015;

  10. Second or Subsequent Violation of a Protective Order, in violation of California Penal Code Section 166(c)(4), in the Superior Court for the State of California, County of Los Angeles, Case Number GA094306, on or about January 5, 2015;

  11. Assault with Force Likely to Cause Great Bodily Injury, in violation of California Penal Code Section 245(a)(4), in the Superior Court for the State of California, County of Los Angeles, Case Number GA094306, on or about January 5, 2015;

  12. Assault with Force Likely to Cause Great Bodily Injury, in violation of California Penal Code Section 245(a)(4), in the Superior Court for the State of California, County of Los Angeles, Case Number GA094306, on or about January 5, 2015; and

  13. Stalking, in violation of California Penal Code Section 646.9(a), in the Superior Court for the State of California, County of Los Angeles, Case Number GA108858, on or about February 18, 2021.

Additionally, defendant HABESHYAN possessed such firearm and ammunition knowing that he was subject to the following orders that were issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, and threatening an intimate partner, that by their terms explicitly prohibited the use, attempted use, and threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury:

1. An order issued in the Superior Court for the State of California, County of Los Angeles, Case Number GA094306, on or about January 5, 2015;

2. An order issued in the Superior Court for the State of California, County of Los Angeles, Case Number 9GD01112, on or about July 2, 2019;

3. An order issued in the Superior Court for the State of California, County of Los Angeles, Case Number GA108858, on or about February 18, 2021; and

4. An order issued in the Superior Court for the State of California, County of Los Angeles, Case Number 3GD00508, on or about March 29, 2023.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearms or ammunition involved in or used in such offense, including, but not limited to:

    i. A silver Sig Sauer P238 .380 caliber semi-automatic pistol, bearing serial number 27C010920; and

    ii. Approximately seven rounds of Ammo Incorporated .380 caliber ammunition; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has

5

been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                                A TRUE BILL

                                                  /S/
                                            Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

ELIZABETH S.P. DOUGLAS
Assistant United States Attorney
General Crimes Section